# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

—————————

No. 11-7030

September Term 2011

1:06-cv-00648-RCL

**Filed On:** April 20, 2012

United States of America, ex rel. Stephanie
Schweizer,

        Appellant

Nancy Vee,

        Appellee

    v.

Océ N.V., et al.,

        Appellees

**BEFORE:**    Sentelle, Chief Judge, Griffith, Circuit Judge, and Randolph, Senior
Circuit Judge

## O R D E R

Upon consideration of the court's order to show cause filed April 10, 2012,
and the responses thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the sealed opinion and judgment filed April 10, 2012,
be unsealed. The Clerk is directed to unseal the opinion and judgment and release
them publicly.

### Per Curiam

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                BY:    /s/
                                Jennifer M. Clark
                                Deputy Clerk